**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0550-REB-MJW

WILLIAM WARREN,

    Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY,

    Defendant.

---

### ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed a **Joint Stipulation for Dismissal** [#21] on August 19, 2005. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Joint Stipulation for Dismissal** [#21], filed on August 19, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs; and

3. That the trial preparation conference set for November 10, 2006, and the jury trial set to commence November 27, 2006, are **VACATED**.

Dated this 22nd day of August, 2005, at Denver, Colorado.

                          BY THE COURT:

                          s/ Robert E. Blackburn
                          Robert E. Blackburn
                          United States District Judge